JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:15-cv-1030 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TARRA M. BERCEGEAY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tarra M. Bercegeay, in the principal amount of $1,444.23 plus interest accrued to May 26, 2015, in the sum of $2,955.11; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**4,399.34**.

DATED: July 17, 2015

By: __Kiry Gray__
Acting Clerk of the Court

/s/ Jennylam
Deputy Clerk
United States District Court